

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2014

No. 04-14-00066-CR

Jesse Joe **SALINAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 218th Judicial District Court, Karnes County, Texas
Trial Court No. 12-11-00098-CRK
Honorable Stella Saxon, Judge Presiding

# O R D E R

A trial court's certification of defendant's right of appeal has been filed in this appeal. The trial court judge has certified that the underlying criminal case "is a plea-bargain case, and the defendant has NO right of appeal." Therefore, we ORDER the trial court clerk to file a clerk's record within TEN DAYS from the date of this order containing the following documents:

1. all pre-trial orders and the related pre-trial motions;

2. the Court's Admonishments, the defendant's Waiver, Consent to Stipulation of Testimony, and any other stipulations, and all other documents relating to the defendant's plea bargain;

3. the Judgment;

4. all post-judgment motions and orders;

5. the Notice of Appeal;

6. the Trial Court's Certification of Defendant's Right of Appeal; and

7. the Criminal Docket Sheet.

We ORDER the clerk of this court to send a copy of this order to the attorneys of record, the trial court clerk, and the court reporter(s) responsible for preparing the reporter's record in this appeal.

All other appellate deadlines are SUSPENDED pending further order of this court.

_____

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2014.

_____

Keith E. Hottle
Clerk of Court